UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

| | |
|---|---|
| ANTARAMIAN PROPERTIES, LLC | Case No. 9:14-bk-10145-CED [Lead Case] |
| ANTARAMIAN FAMILY, LLC | Case No. 9:14-bk-10146-CED |
| ANTARAMIAN FAMILY TRUST, | Case No. 9:14-bk-10148-CED |
| Debtors. | (Jointly Administered Cases) |

_____/

**DEBTOR'S MOTION TO APPROVE SALE
OF CERTAIN CONDOMINIUM UNITS PURSUANT TO 11 U.S.C. § 363(c)
AND (f) FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

> A preliminary hearing on this Motion will be held in Room 4-117, Courtroom E, United States Courthouse, 2110 First Street, Fort Myers, FL 33901, on **November 19, 2014, at 11:00 a.m.,** before the Honorable Caryl E. Delano, United States Bankruptcy Judge.

Antaramian Properties, LLC (the "Debtor" or "Properties"), by counsel hereby moves for the entry of an order pursuant to Sections 105 and 363(c) and (f)(2), (4), and/or (5) of the Bankruptcy Code[1] and Bankruptcy Rule 6004,[2] authorizing the private sale of all of the Debtor's right, title and interest in certain real property located at Unit C-210 of The Residence I at Naples Bay Resort, a Condominium and Marina Unit C-5 (collectively, the "Units"),[3] as more specifically described in the Purchase Agreement (the "Purchase Agreement").[4]  The Debtor

---

[1] All references to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.

[2] All references to the "Bankruptcy Rules" shall refer to the applicable Federal Rule of Bankruptcy Procedure.

[3] While the Debtor submits that the sale of condominium units is within the ordinary course of its business, alternatively, in an abundance of caution, the Debtor seeks relief under Section 363(b) of the Bankruptcy Code.  To the extent that the Court determines the sale is outside the Debtor's ordinary course of business, the Debtor also seeks to shorten any applicable notice period prescribed by Bankruptcy Rule 2002(a)(2).

[4] The Debtor will file an executed copy of the final version of the Purchase Agreement as a supplement to this Motion.

{00246382.DOC;4}

seeks to sell the Units to an unaffiliated purchaser Francesca Neri (the "Purchaser"), free and clear of all liens, claims, interests, and encumbrances, for a grand total of $1,210,000.00 in cash at closing, comprised of $1,170,000.00 for Unit C-210 and $40,000.00 for Marina Unit C-5 (the "Offer"). In support of this motion (the "Motion"), the Debtor states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On August 29, 2014 (the "Petition Date"), the Debtor, along with Antaramian Family, LLC ("Family") and Antaramian Family Trust ("Family Trust") (collectively, the "Debtors") filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

3. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. No trustee or examiner has been appointed in the Debtors' chapter 11 cases, and no official committees have been appointed pursuant to Section 1102 of the Bankruptcy Code.

5. The Debtors' cases are consolidated for procedural purposes and are jointly administered pursuant to this Court's *Orders Granting Debtors' Motions for Joint Administration of Affiliated Cases* entered in each of the chapter 11 cases on September 3, 2014.

6. The Debtor has been actively marketing the sale of its condominium units through a number of advertising sources and has determined that the Offer received from Francesca Neri for the purchase of Unit 320 and Marina Unit C-5 is the highest and best offer that can be obtained for the Units. In accordance with the terms of the Purchase Agreement, the Purchaser

shall pay the Debtor a cash price of $1,210,000.00 for the Units.  The closing costs are to be paid as set forth in the Purchase Agreement.  The Debtor will pay the "Club Deposits" to be paid on account of the sale of the Units.

7.  The Purchaser has required that a final order be entered prior to December 1, 2014, in order to proceed with the transaction.[5]  The Debtor believes that the sale of Unit 320 and Marina Unit C-5 is in the best interest of the estate, and the sale proceeds will be deposited in a segregated debtor-in-possession account.

### Relief Requested and Grounds for Relief

8.  By this Motion, the Debtor requests that this Court, pursuant to Sections 363(c) and (f)(2), (4), and (5) of the Bankruptcy Code or, alternatively, under Section 363(b), and Bankruptcy Rule 6004, enter an order approving the private sale of the Units to Purchaser pursuant to the terms of the Purchase Agreement free and clear of all liens, claims, interests, and encumbrances, with all liens, claims, interests, and encumbrances attaching to the proceeds of the sale to the same extent, validity, and priority as they existed in the Units.

9.  Section 363(f) of the Bankruptcy Code authorizes a trustee to sell property under Sections 363(b) or (c) "free and clear of any interest in such property of an entity" if at least one of the following conditions is satisfied:

> a.  applicable non-bankruptcy law permits the sale of such property free and clear of such interest;
>
> b.  such entity consents;
>
> c.  such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>
> d.  such interest is in bona fide dispute; or

---

[5] Presumably, the Purchaser wishes to have the full use and benefit of the Units prior to the "season."

e. such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

10. The Debtor seeks to sell the estate's interest in Unit C-210 and Marina Unit C-5 by private sale, free and clear of the following liens, claims, interests, and encumbrances, including without limitation:

a. **EFO Financial Group, LLC** ("EFO") – EFO is the senior secured lender by virtue of its $550,000.00 debtor-in possession loan, pursuant to *Order Granting Antaramian Properties, LLC's Amended Emergency Motion to Obtain Postpetition Financing and Grant Senior Liens, Superpriority Administrative Expense Status, and Adequate Protection* (Doc. No. 121) and which is secured by a first mortgage and all asset lien against the Resort property owned by Properties and Properties' assets, including cash and receivables assets. **The Debtor anticipates that EFO will consent to the sale under Section 363(f)(2)**;

b. **Naples Bay Financial, LLC** ("NB Financial") – NB Financial asserts that it is a secured creditor of Properties by virtue of a first mortgage in the amount of $16,740,000.00 secured by the Resort property owned by Properties and a blanket lien on Properties' other assets. **The Debtor believes NB Financial can be compelled to accept a money judgment under Section 363(f)(5) of the Bankruptcy Code, in addition to NB Financial's interest being in bona fide dispute under Section 363(f)(4)**;

c. **F. Fred Pezeshkan, Raymond Sehayek, and Iraj J. Zand, collectively** ("PZS") – PZS asserts a secured claim by virtue of this Court's August 11 2014 amended final judgment in the amount of $2,813,568.51 (the "PZS Judgment") in favor of and against the Debtors and Jack Antaramian, individually, for certain attorney's fees and costs in connection with the adversary proceeding styled *Antaramian Properties, LLC v. Basil Street Partners, LLC, et al*, Adv. Pro. No. 9:12-ap-863-CED (the "PZS Adversary"). **The Debtors believe that PZS's interest is in bona fide dispute Section 363(f)(4) of the Bankruptcy Code**; and

d. **Hahn Loeser & Parks, LLP** ("Hahn Loeser") – Properties' former legal counsel, Hahn Loeser, asserts a secured claim by virtue of a default judgment it obtained against Properties and Family in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, on June 17, 2014, in the amount of $4,624,490.73 (the "Hahn Loeser Judgment"). **The Debtors believe that PZS's interest is in bona fide dispute Section 363(f)(4) of the Bankruptcy Code**; and

e. the interest of the Collier County Tax Collector, if any.[6]

---

[6] Any interest of the Collier County Tax Collector will be paid at closing.

11. The Debtor is unaware of any other claimed interest(s) in Unit C-210 and Marina Unit C-5.

**(i) The Debtor may sell the Units pursuant to Section 363(f) because NB Financial could be compelled to accept money in satisfaction of its interest and/or NB Financial's claim is in bona fide dispute.**

12. The Debtor may sell the Units pursuant to Section 363(f)(5) of the Bankruptcy Code because NB Financial could be compelled to accept money in satisfaction of its claim based on provisions regarding release prices contained in the Loan Agreement. Specifically, Section 1.12 of the Loan Agreement between Properties and NB Financial provides that at Properties' request, NB Financial shall release condominium units from the mortgage or other loan documents, upon payment of 100% of the net proceeds of the sale of a unit after allowance for closing costs not to exceed 10% of the sale price, subject to the proviso that no gross sale price for any portion of the collateral subject to NB Financial's lien shall be less than 80% of its appraised value without express written consent of NB Financial.

13. Several courts have concluded that the inclusion of partial release provisions in mortgages and other loan documents can cause a lender to be compelled to accept a money judgment in favor of its claim. *Pacific Capital Bancorp v. East Airport Dev., LLC (In re East Airport Dev., LLC)*, 443 B.R. 823, 830-31 (BAP 9th Cir. 2011). In the *East Airport Development* case, the Ninth Circuit Bankruptcy Appellate Panel affirmed in part the bankruptcy court's order authorizing the sale of two of twenty-six separate lots owned by the debtor where the debtor and the lender had entered into a release price agreement prior to the petition date. *Id.* The Ninth Circuit Bankruptcy Appellate Panel concluded that release price agreement was a contractual mechanism through which the debtor could compel the lender to release its lien upon

payment of the specified release prices, even though the lender would not receive the full amount of its claim. *Id.* at 831.

14. Accordingly, the Units may also be sold free and clear of NB Financial's lien pursuant to Section 363(f)(5) by virtue of the pre-petition agreement between Properties and NB Financial with respect to release prices.

15. The Debtor is also entitled to sell the Units under Section 363(f)(4) of the Bankruptcy Code, as NB Financial's claim is subject to bona fide dispute.[7]

**(ii) The claims of PZS and Hahn Loeser are also in bona fide dispute.**

16. In addition, due to the pending litigation and appeals, PZS's and Hahn Loeser's interests are also presently in bona fide dispute.

17. On August 11, 2014, this Court entered an amended final judgment in the amount of $2,813,568.51, with interest to accrue at the rate of .12% per annum in favor of PZS and against the Debtors and Jack Antaramian, individually, for prevailing party attorney's fees and costs in connection with the PZS Adversary. The Debtors have appealed the PZS Judgment.

18. In addition, the Debtors' prior counsel, Hahn Loeser has obtained a default judgment against Properties and Family in the amount of $4,624,490.73. Although the Debtors have timely moved for rehearing and to set aside the Hahn Loeser Judgment, Hahn Loeser prematurely recorded its default judgment in the official records of Collier County and filed a judgment lien certificate. Consequently, Hahn Loeser now purports to hold a secured claim

---

[7] The nature of the bona fide dispute is described in *Antaramian Properties, LLC's Response to Emergency Motions of Naples Bay Financial Holdings, LLC for Protective Order Regarding Subpoenas Directed to Randal Bellestri and Naples Bay Unit C-213, LLC* (Doc. No. 107).

against the Debtors' real and personal property. The Debtors believe they have multiple defenses and counterclaims.[8]

### (iii) The sale of the Units is within the Debtor's ordinary course of business under Section 363(c), but alternatively, the Units may also be sold under Section 363(b).

19. The Debtor believes that the sale of condominium units is within its ordinary course of business and proposed sale should be approved pursuant to Section 363(c) of the Bankruptcy Code. For transactions to be in the ordinary course they must meet both a horizontal and a vertical test. *Aalfs v. Wirum (In re Straightline Invs., Inc.)* 525 F.3d 870, 879 (9th Cir. 2008). The horizontal test requires a showing that the transactions be of a type that "other similar businesses would engage in as ordinary business." *Id.* at 880-881. It is without dispute that a debtor who is a condominium developer would sell condominiums as part of its ongoing business operations. The vertical test inquires, "whether the transaction subjects a credit to economic risks of a nature different from those he accepted when he decided to extend credit." *Id.* at 779. Properties' creditors should be well aware of the potential for condominiums to be sold and was aware of the Debtor's operations as a developer/owner prior to the inception of the lending relationship. As such, the Debtor submits that its sale of the Units is well within the scope of its ordinary business under both the horizontal and vertical tests.

20. While the Debtor believes the sale of the Units are within the ordinary course of business and be sold pursuant to Sections 363(c) and (f) of the Bankruptcy Code, alternatively Section 363(b)(1) states that the "trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Courts usually defer to the business judgment of a debtor in deciding whether or not to authorize a debtor to sell property outside the ordinary course of business. *See, e.g., In re Continental*

---

[8] Properties believes there may be a basis to dispute the interests and liens of both PZS and Hahn Loeser under Section 55.10 of the Florida Statutes.

*Airlines, Inc.*, 780 F.2d 1223 (5th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063, 1071 (2d Cir. 1983); *In re Mason's Nursing Center, Inc.*, 73 B.R. 360, 362 (Bankr. S.D. Fla. 1987).

21.     In considering whether a debtor is justified in selling assets outside the ordinary course of business, courts consider four factors: (1) a sound business reason or emergency justifies a pre-confirmation sale; (2) adequate and reasonable notice of the sale was provided to interested parties; (3) the sale has been proposed in good faith; and (4) the purchase price is fair and reasonable.

22.     For all of the reasons set forth in this Motion, the Debtor, through the exercise of its business judgment, has determined that the sale of Unit C-210 and Marina Unit C-5 to the Purchaser is in the best interest of the estate.  The Debtor has determined that the proposed purchase price offered by the Purchaser is the highest and best offer received, is reasonable, represents fair market value, and the proposed sale is in the best interest of the estate.

23.     The Offer was negotiated in good faith and at arm's length between the Purchaser and the Debtor.

24.     The Debtor requests that any order granting this Motion be effective upon entry and that any stay of the order under Bankruptcy Rule 6004(h) be waived.

25.     A copy of this Motion is being sent to all creditors in this chapter 11 case. Accordingly, the Debtors request that the Court enter an order finding that such notice of this Motion is adequate and sufficient and complies with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

WHEREFORE, the Debtor respectfully requests entry of an order (i) authorizing the immediate sale of the Debtor's interest in Unit C-210 and Marina Unit C-5 free and clear of liens, claims, interests and encumbrances, pursuant to Sections 363(c) and (f)(2), (4), and/or (5),

or, alternatively, under Section 363(b) of the Bankruptcy Code, (ii) waiving the fourteen (14) stay provided under Bankruptcy Rule 6004(h), (iii) shortening any applicable notice period under Bankruptcy Rule 2002(a)(2), and (iv) granting such other and further relief as the Court deems just.

DATED this 3rd day of November 2014.

> */s/ Kathleen L. DiSanto*
> David S. Jennis
> Florida Bar No. 775940
> Kathleen L. DiSanto
> Florida Bar No. 058512
> **Jennis & Bowen, P.L.**
> 400 N. Ashley Dr., Ste. 2540
> Tampa, FL 33602
> Telephone: (813) 229-1700
> Facsimile: (813) 229-1707
> djennis@jennisbowen.com
> kdisanto@jennisbowen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing has been furnished via CM/ECF electronic service, and/or U.S. Mail, postage prepaid, to: **Office of the U.S. Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **Richard H. Malchon, Jr.**, Adams and Reese, LLP, 150 Second Avenue North, Suite 1700, St. Petersburg, FL 33701; **Daniel DeMarco and Michael R. Dal Lago**, Hahn Loeser & Parks, LLP, 2400 First Street, Suite 300, Fort Myers, FL 33901; **Robert D.W. Landon, III**, Kenny Nachwalter, PA, 1100 Miami Center, 201 South Biscayne Boulevard, Miami, FL 33131; **Edwin Rice**, Glenn Rasmussen, P.A., 100 South Ashley Drive, Suite 1300, Tampa, FL 33602; **Joseph L. Rebak and Bryan T. West**, Akerman LLP, One Southeast Third Avenue, Suite 2500, Miami, FL 33131-1714; Richard H. Malchon, Jr., Adams and Reese, LLP, 150 Second Avenue North, Suite 1700, St. Petersburg, FL 33701; **Jordi Guso**, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131; **Louis X. Amato**, Louis X. Amato P.A., 28209 Jewel Fish Lane, Bonita Springs, FL 34135-8639; and to those parties who receive electronic notices via CM/ECF in the ordinary course of business on the 3rd day of November 2014.

I HEREBY FURTHER CERTIFY that true and correct copies of the foregoing will be furnished by U.S. Mail, postage prepaid, to those parties listed on the **All Creditor Matrix** (attached to the original of this Motion only) who do not receive electronic notices via CM/ECF in the ordinary course of business, on the 4th day of November 2014.

> */s/   Kathleen L. DiSanto*
> Kathleen L. DiSanto

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:14-bk-10145-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Nov  3 21:25:15 EST 2014 | Antaramian Family Trust<br>PO Box 2307<br>Naples, FL 34106-2307 | Antaramian Family, LLC.<br>PO Box 2307<br>Naples, FL 34106-2307 |
| Antaramian Properties, LLC.<br>Antaramian Family, LLC<br>Antaramian Family Trust<br>(Jointly Administered)<br>PO Box 2307<br>Naples, FL 34106-2307 | BMC-Benchmark Management Company<br>c/o Richard H. Malchon<br>Adams and Reese LLP<br>150 2nd Ave N, Suite 1700<br>St. Petersburg, FL 33701-3343 | Caryl E. Delano<br>Tampa<br>, FL |
| EFO Financial Group, LLC<br>Louis X. Amato, P.A.<br>28209 Jewel Fish Lane<br>Bonita Springs, FL 34135-8639 | Hahn Loeser & Parks LLP<br>5811 Pelican Bay Blvd., Suite 650<br>Naples, FL 34108-2794 | Knightsbridge Partner of Naples, LLC<br>c/o Akerman LLP<br>One Southeast Third Avenue<br>25th Floor<br>Miami, FL 33131-1700 |
| NBR Shoppes, LLC<br>c/o Jordi Guso<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-5319 | Naples Bay Financial Holdings, LLC<br>c/o Edwin G. Rice<br>Glenn Rasmussen, P.A.<br>100 S. Ashley Drive<br>Suite 1300<br>Tampa, FL 33602-5364 | 40 Seagate No. 803 LLC<br>15 Merrill Street<br>Hingham, MA 02043-1320 |
| A&B Charters<br>620 Sand Piper Street<br>Naples, FL 34102-0604 | Accent Business Products<br>PO Box 60011<br>Fort Myers, FL 33906-6011 | Adair Distributing, Inc.<br>4470 New York Avenue<br>Fort Myers, FL 33905-4314 |
| Ajay Saini<br>1 Charles Street S. 3D<br>Boston, MA 02116-5448 | Albert Lord<br>1805 River Watch Lane<br>Annapolis, MD 21401-1054 | All Moore's Locksmith Inc.<br>PO Box 110278<br>Naples, FL 34108-0105 |
| Alpha Chemical & Janitorial<br>6175 Shirley Street<br>Naples, FL 34109-6205 | American Hotel Register Co.<br>PO Box 71299<br>Chicago, IL 60694-1299 | Anna Marie Betz Trust<br>60 W. Pelican Street #804<br>Naples, FL 34113-4027 |
| Antaramian Family Trust<br>1500 Fifth Avenue South<br>Naples, FL 34102-3492 | Antaramian Family, LLC<br>1500 Fifth Avenue South<br>Naples, FL 34102-3492 | Argnauta Client Services,LLC<br>1323 Chesapeake Avenue<br>Suite 1A<br>Naples, FL 34102-0520 |
| Armen Megregian<br>Angela Allen<br>PO Box 3965<br>Naples, FL 34106-3965 | Atlas Travel<br>1 Maple Street<br>Milford, MA 01757-5614 | Bajo, Cuva Cohen & Trust<br>100 North Tampa Street<br>Suite 1900<br>Tampa, FL 33602-5853 |
| Bala Vinyasa<br>6200 Trail Blvd. N.<br>Naples, FL 34108-2835 | Barry Gelfand<br>PO Box 128<br>Marco Island, FL 34146-0128 | Barton & Gray Mariners Club<br>27 Front Street<br>Exeter, NH 03833-2769 |

| | | |
|---|---|---|
| Beach Villas, LLC<br>600 Stevens Port Dr. Suite 115<br>North Sioux City, SD 57049-5149 | Bear's Plumbing So. FL, Inc.<br>1900 Trade Center Way<br>Naples, FL 34109-6267 | Benchmark Hospitality Int'l<br>4 Waterway Square, Ste. 300<br>Woodlands, TX 77380-3854 |
| Bidwell Florida, LLC<br>1537 East Avenue<br>Rochester, NY 14610-1613 | Blackhill Partners, LLC<br>2651 N. Harwood Street<br>Suite 120<br>Dallas, TX 75201-1545 | Brannock & Humphries<br>100 South Ashley Drive<br>Suite 1130<br>Tampa, FL 33602-5320 |
| Brian & Maureen Cox<br>PO Box 81<br>Norwell, MA 02061-0081 | Bryan T. West<br>One Southeast Third Avenue, Suite 2500<br>Miami, Florida 33131-1700 | Building 1,2,3 Fund<br>c/o Antaramian Properties<br>1500 Fifth Avenue South<br>Naples, FL 34102-3492 |
| Burns & Levinson, LLC<br>125 Summer Street<br>Boston, MA 02110-1624 | CCRA International, Inc.<br>4107 Northeast 28 Street<br>Fort Worth, TX 76111-6860 | CS Associates, LLC Bruce Bennett<br>3310 West End Avenue<br>Nashville, TN 37203-6801 |
| CenturyLink<br>PO Box 1319<br>Charlotte, NC 28201-1319 | Cheffy Real Estate<br>1300 Misty Pines Circle #103<br>Naples, FL 34105-2582 | Cintas Firstaid and Safety<br>720 S. Powerline Road<br>Deerfield Beach, FL 33442-8156 |
| Cintas Travel<br>6800 Cintas Boulevard<br>Cincinnati, OH 45262 | Coconut Lagoon, LLC<br>21 Spruce Meadow Drive<br>Monroe Township, NJ 08831-3101 | Collier County Appliance<br>2308 Davis Blvd.<br>Naples, FL 34104-4213 |
| Comcast<br>PO Box 105184<br>Atlanta, GA 30348-5184 | Commex Painting<br>11131 Riggs<br>Naples, FL 34114-8561 | Corporate Travel Management<br>4500 Cherry Creek South Dr<br>Denver, CO 80246-1518 |
| Covington Travel<br>4401 Dominion Boulevard<br>Suite 100<br>Glen Allen, VA 23060-3322 | Culligan of Ft. Myers<br>16101 Old US 41<br>Fort Myers, FL 33912-2287 | DTD, LLC<br>1124 Edgewater Drive<br>Naperville, IL 60540-7441 |
| Daniel A. DeMarco, Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114-2303 | David Biggers<br>6506 Marbella Drive<br>Naples, FL 34105-5041 | David and Susan Fowler<br>PO Box 1778<br>Vero Beach, FL 32961-1778 |
| Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dex Imaging Financial<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |

| | | |
|---|---|---|
| Diamond P Images by Kathi<br>PO Box 2051<br>Naples, FL 34106-2051 | Don & Vicki Miller<br>184 Keelson Drive<br>Detroit, MI 48215-3050 | E&B Charters, LLC<br>654 Squire Circle #201<br>Naples, FL 34104-6573 |
| EFO Financial Group, LLC<br>c/o LOUIS X. AMATO, P.A.<br>28209 Jewel Fish Lane<br>Bonita Springs, FL 34135-8639 | Ed Turville<br>1100 Fifth Avenue South<br>Naples, FL 34102-6405 | Ehrlich<br>11220 Metro Parkway Ste. 26<br>Fort Myers, FL 33966-1247 |
| Expedia, Inc.<br>PO Box 844120<br>Dallas, TX 75284-4120 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 | Five Guys, LLC<br>906 North Main Ste. 2<br>Wichita, KS 67203-3623 |
| Fixit Patio<br>2360 Linwood Avenue<br>Naples, FL 34112-4758 | FlaNJ Partners, LLC<br>1507 Route 206<br>Vincentown, NJ 08088-8854 | FlaNJ Partners, LLC<br>1816 Long Beach Blvd<br>Beach Haven, NJ 08008-5461 |
| Florida Power & Light<br>Attn: Sandy Webb<br>700 Universe Blvd<br>Juno Beach, FL 33408-2683 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Gary & Chris Hartman<br>PO Box 17119<br>Snowmass Village, CO 81615-7119 |
| Gary Trinkman<br>744 Keystone Avenue<br>River Forest, IL 60305-1602 | Gene Morgan<br>240 Yorkshire Court<br>Naples, FL 34112-0229 | Gilchrist & Soames<br>Dept. 78793<br>PO Box 78000<br>Detroit, MI 48278-0001 |
| Glen Lerner<br>191 7th Avenue North<br>Naples, FL 34102-5340 | Grace Lakes Florist, Inc.<br>1074 5th Avenue S.<br>Naples, FL 34102-6414 | Gregory or Kristina Dralle<br>807 Buck Court<br>Manteno, IL 60950-3725 |
| Griffin Generation Trust<br>SCS: Chris Stone<br>1 Winthrop Square<br>Boston, MA 02110-1209 | HD Supply<br>PO Box 809058<br>San Diego, CA 92150 | Hahn Loeser & Parks LLP<br>c/o Michael R. Dal Lago, Esq.<br>5811 Pelican Bay Blvd., Suite 650<br>Naples, FL 34108-2794 |
| Hahn Loeser & Parks, LLP<br>2400 First Street<br>Suite 300<br>Fort Myers, FL 33901-2982 | Harry & Susan Brady<br>278 Willow Road<br>Guilford, CT 06437-1735 | Hel-Mar Corporation<br>3530 Kraft Road, Ste 204<br>Naples, FL 34105-5020 |
| Hogan Lovells US LLP<br>Columbia Square<br>555 Thirteenth Street NW<br>Washington, DC 20004-1171 | Hospitality Marketing Assoc.<br>PO Box 548<br>Monterey, CA 93942-0548 | Hostert Design Works<br>704 Calle Dulce<br>San Clemente, CA 92673-3054 |

| | | |
|---|---|---|
| Hotel Services Fund<br>c/o Antaramian Properties<br>1500 Fifth Avenue South<br>Naples, FL 34102-3492 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J.M. Stevens Shredding Svs.<br>PO Box 7096<br>Naples, FL 34101-7096 |
| JD Heating & AC<br>5631 Halifax Avenue<br>Fort Myers, FL 33912-4445 | Jack Antaramian<br>1500 Fifth Avenue South<br>Naples, FL 34102-3492 | James Nelson & Bryan Nelson<br>1458 Butterfield Court<br>Marco Island, FL 34145-3800 |
| James Richards<br>6555 Sugarloaf Parkway<br>Suite 307<br>Duluth, GA 30097-4934 | James Williams<br>152 Molly Walton Drive<br>Hendersonville, TN 37075-2152 | Jeffrey & Bonnie Malumed<br>506 Van Lears Run<br>Villanova, PA 19085-1023 |
| Jeremy Pincombe<br>1991 Timberline Drive<br>Naples, FL 34109-7125 | Jetto Properties, LLC<br>2200 Southwinds Drive<br>Naples, FL 34102-7656 | Joe and Maria DiSaverio<br>29 Weiss Road<br>Saddle River, NJ 07458-1323 |
| Joey D Charters<br>5666 Whittaker Road<br>Naples, FL 34112-2960 | John Harrigan<br>69 Harvard Avenue<br>Point Pleasant Beach, NJ 08742-2675 | John Spillane<br>65 Hamilton Road<br>Belmont, MA 02478-4038 |
| John and Julie Diaz<br>2655 Caladium Way<br>Naples, FL 34105-3041 | Johnson's Supply<br>3484 Domestic Avenue<br>Naples, FL 34104-7104 | Jordi Guso, Esq.<br>BERGER SINGERMAN LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-5319 |
| Joseph & Gail Soboloski<br>71 Remington Place<br>Warminster, PA 18974-1274 | Joseph L. Rebak<br>One Southeast Third Avenue, Suite 2500<br>Miami, Florida 33131-1700 | Julies Travel Desk<br>525 1st Street<br>Lake Oswego, OR 97034-3100 |
| Karrie A. Reasor<br>Revocable Trust<br>4645 Stonecliff Drive<br>Saint Paul, MN 55122-2755 | Kevin & Kara Carroll<br>2108 Queens Road W.<br>Charlotte, NC 28207-2710 | Knightsbridge Partners<br>c/o Bryan West<br>Once Southeast Third Avenue<br>Ste. 2500<br>Miami, FL 33131 |
| Knightsbridge Partners of<br>Naples, LLC<br>Akerman LLP<br>One Southeast Third Avenue, Suite 2500<br>Miami, Florida 33131-1700 | Knightsbridge Partners of Naples, LLC<br>c/o Joseph Rebak and Bryan West<br>Akerman LLP<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131-1715 | Knowland Group<br>PO Box 347710<br>Pittsburgh, PA 15251-4710 |
| LPJ&S, LLC<br>c/o Barnett<br>820 Meadowland Drive, Apt. 1<br>Naples, FL 34108-2534 | Laurie Pivar<br>290 Ridge Drive<br>Naples, FL 34108-2934 | Lisa Underwood<br>4842 Stony Drive<br>Dallas, TX 75287 |

| | | |
|---|---|---|
| Marco Office Supply<br>220 Industrial Boulevard<br>Naples, FL 34104-3704 | Marenas Resort<br>18683 Collins Avenue<br>North Miami Beach, FL 33160-2404 | Marina @ Naples Bay Resort<br>1490 5th Avenue S. Suite 103<br>Naples, FL 34102-3495 |
| Mark Barrdo<br>9130 Corsea<br>Naples, FL 34109 | Mechanical Servants, Inc.<br>PO Box 87618<br>Chicago, IL 60680-0618 | Michael & Cynthia Harvell<br>19 Water Street<br>Kittery, ME 03904-1630 |
| Michael Jones<br>9671 Mashie Court<br>Naples, FL 34108-1997 | Michael Melvin<br>40 Andrew Circle<br>Media, PA 19063-1982 | Michael and Barbara Lauesen<br>2301 Linneman Street<br>Glenview, IL 60025-4117 |
| Michael R. Dal Lago, Esq.<br>Hahn Loeser & Parks LLP<br>5811 Pelican Bay Blvd., Suite 650<br>Naples, FL 34108-2794 | Michelle Sperber<br>1425 Brickell Avenue<br>Apt. PH 3 E<br>Miami, FL 33131-3400 | Mike Lynch<br>PO Box 122<br>North Scituate, MA 02060-0122 |
| Mills Naples, LLC<br>5 Spring Lane<br>Hingham, MA 02043-2940 | Muzak<br>3318 Lakemont Boulevard<br>Fort Mill, SC 29708-8309 | NBR Shoppes, LLC<br>3530 Kraft Road<br>Ste. 204<br>Naples, FL 34105-5020 |
| NBR Shoppes, LLC<br>c/o Jordi Guso, Esq.<br>Berger Singerman, LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-5319 | NBR Shoppes, LLC<br>c/o Jordi Guso, Esquire<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-3453 | Naples Daily News<br>1100 Immokalee Road<br>Naples, FL 34110-4810 |
| Naples Transportation & Tour<br>1010 6th Avenue S.<br>Naples, FL 34102-6705 | Naples Bay Financial<br>Holdings, LLC<br>600 5th Avenue South<br>Suite 207<br>Naples, FL 34102-6642 | Naples Bay Financial Holdings, LLC<br>c/o Edwin G. Rice<br>100 S. Ashley Drive<br>Suite 1300<br>Tampa, FL 33602-5309 |
| Oakes Farms Food Service<br>4206 Mercantile Avenue<br>Naples, FL 34104-3346 | One Bal Harbour & Spa<br>10295 Collins Avenue<br>Miami Beach, FL 33154-1475 | Paul Kasmar<br>419 San Juan Avenue<br>Naples, FL 34113-8604 |
| Paul Stevens c/o<br>Northern Trust Depository<br>375 5th Avenue South<br>Naples, FL 34102-6549 | Paula Sims Defined Ben<br>Pension<br>50 Seagate Drive #702<br>Naples, FL 34103-2497 | Peter & Tracy Edwards<br>815 South Lake Blvd.<br>Mahopac, NY 10541-4774 |
| Pezeshkan, Zand and Sehayek<br>c/o Robert D. W. Landon, III<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131-4332 | Pitney Bowes Purchase Power<br>PO Box 37184<br>Pittsburgh, PA 15250-0001 | Premier Produce<br>2798 SW 32nd Avenue<br>Hollywood, FL 33023-7702 |

| | | |
|---|---|---|
| Regency Enterprises, Inc.<br>Dept. CH 16786<br>Palatine, IL 60055-0001 | Richard H. Malchon, Jr., Esquire<br>Adams and Reese LLP<br>Attorney for Benchmark<br>150 Second Avenue No., Suite 1700<br>St. Petersburg, FL 33701-3343 | Robert & Dewey Locker<br>238 Clairmont Drive<br>Richmond, KY 40475-1770 |
| Robert D W Landon, III<br>Kenny Nachwalter PA<br>201 South Biscayne Boulevard<br>1100 Miami Center<br>Miami, FL 33136-2806 | Roberts Stevens<br>417 Sand Crane Court<br>Bradenton, FL 34212-6201 | Rocke, McClean & Sbar<br>2309 S. MacDill Avenue<br>Tampa, FL 33629-5918 |
| Roy Caple<br>9044 Water Tupelo Road<br>Fort Myers, FL 33912-9006 | Royal Cup, Inc. PO Box 170971<br>Birmingham, AL 35217-0971 | Royal Cup, Inc.<br>Tom Jordan<br>PO Box 170971<br>Birmingham, AL 35217-0971 |
| Russell Reed<br>2500 Fairway Winds Ct. NE<br>Ada, MI 49301-8316 | STR, LLC<br>Attn: Steve Taub<br>399 East Baltimore Avenue<br>Media, PA 19063-3507 | Salvatore Ferrera<br>14 Willow Crest Drive<br>Oak Brook, IL 60523-2660 |
| Salvy Florida, LLC<br>888 Washington Street<br>Suite 106<br>Dedham, MA 02026-6027 | Sandpiper Street<br>130 Westland Avenue<br>West Hartford, CT 06107-3056 | Sanfranbisco Holdings, Ltd.<br>1 Macarthur Drive RR #2<br>Campbellville ON LOP 1B0 |
| Screen Pilot<br>1600 Wynkoop Street<br>Suite 300<br>Denver, CO 80202-1157 | Senga Developement, LP<br>2101 Penrose Avenue<br>Philadelphia, PA 19145-5614 | Sherwin Williams Co<br>4724 Exhcange Avenue<br>Naples, FL 34104-4746 |
| Sonifi<br>PO Box 505225<br>Saint Louis, MO 63150-5225 | Sonny Walker<br>2992 Regatta Road<br>Naples, FL 34103-4121 | Steve Taub<br>2 Meadowfarm Lane<br>Cold Spring Harbor, NY 11724-2004 |
| Steven & Deidre Ginns<br>1 Sayles Road<br>Hingham, MA 02043-2678 | Sysco Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | T-Y Group<br>10800 NW 103rd Street<br>Suite 1<br>Miami, FL 33178-1049 |
| TECO People's Gas<br>P.O. Box 31017<br>Tampa, FL 33631-3017 | TV Readers Services<br>4099 Martel Road<br>Lenoir City, TN 37772-6145 | Tada FL, LLC<br>62 Blackburn Road<br>Basking Ridge, NJ 07920-2667 |
| Tara South, LLC<br>10 Beechwood Lane<br>East Hanover, NJ 07936-2948 | Tasael, LLC<br>2 Meadowfarm Lane<br>Cold Spring Harbor, NY 11724-2004 | The Marina at Naples Bay<br>Resort Association, Inc.<br>1500 Fifth Avenue South<br>Naples, FL 34102-3492 |

| | | |
|---|---|---|
| Theodore L. Tripp, Jr., Esq.<br>Kevin P. Fularczyk, Esq.<br>Hahn Loeser & Parks LLP<br>2400 First St., Ste 300<br>Fort Myers, FL 33901-2982 | Thomas & Judith Hallberg<br>13366 Lahinch Drive<br>Orland Park, IL 60462-1135 | Tracy Carlin<br>Brannock & Humphries<br>100 South Ashley Drive #1130<br>Tampa, FL 33602-5320 |
| Travel Click<br>PO Box 71199<br>Chicago, IL 60694-1199 | Triangle Associates, LLC.<br>c/o Tom Bielecki<br>Box 5504<br>Parsippany, NJ 07054-6504 | Trip Advisor LLC<br>141 Needham Street<br>Newton Upper Falls, MA 02464-1505 |
| Trustee of Mary Carsello<br>Revocable Trust<br>5948 Chanteclair Drive<br>Naples, FL 34108-3103 | Tunity, LLC<br>5335 Foxhound Drive<br>Naples, FL 34104-4902 | Twinkle Twinkle Litle Store<br>1005 Shady Rest Lane<br>Naples, FL 34103-3335 |
| UNUM Life Insurance Company<br>PO Box 406955<br>Atlanta, GA 30384-6955 | US Foods, Inc.<br>PO Box 281841<br>Atlanta, GA 30384-1841 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Villas at Grand Cypress<br>PO Box 919381<br>Orlando, FL 32891-0001 | Vision Service Plan<br>PO Box 742788<br>Los Angeles, CA 90074-2788 | William Pawson<br>2330 North Star Lane<br>Avon, OH 44011-2016 |
| Williams Investment<br>Properties<br>5300 Eagleston Blvd.<br>Wesley Chapel, FL 33544-8840 | Wirta NBR, LLC<br>100 Westchester Drive<br>Canton, MA 02021-2476 | Wynn's Market<br>141 Ninth Street North<br>Naples, FL 34102-6204 |
| XYZ<br>Walter Broich<br>6440 City West Parkway<br>Eden Prairie, MN 55344-3298 | Louis X Amato +<br>Louis X Amato, PA<br>28209 Jewel Fish Lane<br>Bonita Springs, FL 34135-8639 | Timothy A Andreu +<br>Glenn Rasmussen, PA<br>100 South Ashley Drive, Suite 1300<br>Tampa, FL 33602-5364 |
| Jordi Guso +<br>Berger Singerman P.A.<br>1450 Brickell Avenue, 19th Floor<br>Miami, FL 33131-3444 | David S Jennis +<br>Jennis & Bowen PL<br>400 North Ashley Drive<br>Suite 2540<br>Tampa, FL 33602-4317 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 |
| Richard H Malchon Jr.+<br>Adams and Reese, LLP<br>150 Second Ave. No., Suite 1700<br>St. Petersburg, FL 33701-3343 | Edwin G Rice +<br>Glenn Rasmussen, PA<br>PO Box 3333<br>100 South Ashley Drive, Suite 1300<br>Tampa, FL 33602-5364 | United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 |
| Chad S Bowen +<br>Jennis & Bowen PL<br>400 North Ashley Drive<br>Suite 2540<br>Tampa, FL 33602-4317 | Kathleen L DiSanto +<br>Jennis & Bowen<br>400 North Ashley Drive<br>Suite 2540<br>Tampa, FL 33602-4317 | Bryan T West +<br>Akerman, LLP<br>One SE 3rd Avenue<br>25th Floor<br>Miami, FL 33131-1700 |

| | | |
|---|---|---|
| Michael R Dal Lago + <br> Hahn Loeser & Parks LLP <br> 5811 Pelican Bay Blvd. <br> Suite 650 <br> Naples, FL 34108-2794 | Joseph L Rebak + <br> Akerman, LLP <br> One SE 3rd Avenue <br> Miami, FL 33131-1715 | Erik Johanson + <br> Jennis & Bowen, PL <br> 400 N Ashley Dr <br> Tampa, FL 33602-4300 |
| Eric D Jacobs + <br> Jennis and Bowen, P.L. <br> 400 North Ashley Drive <br> Suite 2540 <br> Tampa, FL 33602-4317 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fred Pezeshkan | (u)Raymond Sehayek | (u)Iraj Zand |
| (u)Adele Soraya Monsef Wright <br> 122 Oak Court <br> London W14 BLA | (d)Bear's Plumbing So. FL, Inc. <br> 1900 Trade Center Way <br> Naples, FL 34109-6267 | (d)Benchmark Hospitality Int'l <br> 4 Waterway Square, Ste. 300 <br> Woodlands, TX 77380-3854 |
| (d)Blackhill Partners, LLC <br> 2651 N. Harwood Street <br> Suite 120 <br> Dallas, TX 75201-1545 | (d)EFO Financial Group, LLC <br> c/o Louis X. Amato, P.A. <br> 28209 Jewel Fish Lane <br> Bonita Springs, FL 34135-8639 | (d)Florida Power & Light <br> General Mail Facility <br> Miami, FL 33188-0001 |
| (d)Hogan Lovells US LLP <br> Columbia Square <br> 555 Thirteenth Street NW <br> Washington, DC 20004-1171 | (d)James Nelson & Bryan Nelson <br> 1458 Butterfield Court <br> Marco Island, FL 34145-3800 | (u)M.P. Van Nieuwkasteele <br> PO Box 91084 <br> Rotterdam NL3007AR |
| (d)Marenas Resort <br> 18683 Collins Avenue <br> North Miami Beach, FL 33160-2404 | (u)Mort Mirghavameddin <br> 3 Damley Terrace <br> London W11 4RL | (d)Naples Bay Financial Holdings, LLC <br> c/o Edwin G. Rice <br> Glenn Rasmussen, P.A. <br> 100 S. Ashley Drive, Suite 1300 <br> Tampa, FL 33602-5364 |
| (d)One Bal Harbour & Spa <br> 10295 Collins Avenue <br> Miami Beach, FL 33154-1475 | (d)Salvy Florida, LLC <br> 888 Washington Street <br> Suite 106 <br> Dedham, MA 02026-6027 | (d)Senga Developement, LP <br> 2101 Penrose Avenue <br> Philadelphia, PA 19145-5614 |
| (d)T-Y Group <br> 10800 NW 103rd Street <br> Suite 1 <br> Miami, FL 33178-1049 | (d)The Marina at Naples Bay <br> Resort Association, Inc. <br> 1500 Fifth Avenue South <br> Naples, FL 34102-3492 | (u)Venuti <br> Rudolph Lerro <br> 6 River Park Drive N. Palm Coast, FL |

(d)Robert D W Landon III+
Kenny Nachwalter PA
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33136-2806

End of Label Matrix
Mailable recipients   214
Bypassed recipients    22
Total                 236